## W. L. SLAYTON & CO. v. CITY OF JOURDANTON et al.

(Circuit Court of Appeals, Fifth Circuit. November 19, 1920.)

No. 3531.

**Courts ⬥405(5)—Circuit Court of Appeals has no jurisdiction of appeal from dismissal of cause as without jurisdiction of District Court.**

A Circuit Court of Appeals is without jurisdiction of an appeal from a decree of a District Court, dismissing a bill on the sole ground that it does not state a cause of action within the jurisdiction of that court, under Judicial Code, §§ 128, 238 (Comp. St. §§ 1120, 1215).

Appeal from the District Court of the United States for the Western District of Texas; Duval West, Judge.

Suit in equity by W. L. Slayton & Co. against the City of Jourdanton and others. Decree for defendants, and complainant appeals. Appeal dismissed.

W. M. Harris, W. H. Graham, and John D. McCall, all of Dallas, Tex., for appellant.

Marshall Eskridge, of San Antonio, Tex. (Eskridge & Williams, of San Antonio, Tex., and F. H. Burmeister, of Jourdanton, Tex., on the brief), for appellees.

Before WALKER, BRYAN, and KING, Circuit Judges.

PER CURIAM. This is an appeal from an order of the court sustaining a motion of appellees, defendants below, to dismiss the amended bill of complaint filed by the appellant, plaintiff below, in so far as said bill asserted claims based on two issues of city warrants, one for $4,000 and the other for $20,000, on the ground that the court was without jurisdiction to hear and determine the issues so tendered. The plaintiff declined to amend, and appealed to this court from that order. As the jurisdiction of the court was put in issue, and the case was disposed of by a decision of that issue in favor of the defendants, the action of the court which is complained of is not subject to be reviewed by this court on appeal. United States v. Jahn, 155 U. S. 109, 15 Sup. Ct. 39, 39 L. Ed. 87; Knisely v. Burt, 248 Fed. 493, 160 C. C. A. 503.

The appeal is dismissed.

⬥For other cases see same topic & KEY-NUMBER in all Key-Numbered Digests & Indexes